ORIGINAL

United States Courts
Southern District of Texas
FILED

FEB 2 0 2004

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BILLY RAY TRATREE | § | |
| *Plaintiff* | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-03-954 |
| B.P. (North America) Pipelines, Inc., | § | |
| Kelly Gleason, & Roy Bowden | § | |
| *Defendants* | § | |

## SUPPLEMENTAL PLAINTIFF'S PRELIMINARY EXPERT REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Billy Ray Tratree, serves this supplemental preliminary expert report of Plaintiff's testifying witness, Dr. Dwight Steward. Plaintiff reserves the right to supplement this report. Also, Plaintiff reserves the right to supplement this document with additional preliminary expert reports.

Dr. Steward's preliminary expert report is attached.

Respectfully submitted,

**Law Offices of Gary L. Bledsoe & Associates**

By: *Gary L. Bledsoe w/permission*
Gary L. Bledsoe
State Bar No. 02476500
316 West 12th Street, Suite 307
Austin, Texas 78701
Telephone: (512) 322-9992
Facsimile: (512) 322-0840

## Certificate of Service

I hereby certify that a true and correct copy of the attached document has this day been sent via facsimile and First Class U.S. mail to counsel for Defendants at the addresses listed below.

Monica Oathout
Schwartz, Junell, Campbell & Oathout, L.L.P.
909 Fannin, Suite 2000
Houston, Texas 77010
Facsimile: (713) 752-0327

February 17, 2004

*Gary L. Bledsoe w/permission*
Gary L. Bledsoe

**Expert Report in the Matter of:**

Civil Action No. H-03-954; *Billy Ray Tratree v. B.P. Pipelines, Inc.*; In the United States District Court for the Southern District of Texas Houston Division

Dwight Steward, Ph.D.

Steward Research Group, Inc
106 E 6th St Suite 230
Austin, Texas 78701

February 17, 2004


STEWARD RESEARCH GROUP, INC.
## Table of Contents



STEWARD RESEARCH GROUP, INC.

## Table of Contents

Personal Statement ............................................................................................................ 3

Economic Damage Summary for Mr. Tratree ...................................................................... 4

Scenario 1 ........................................................................................................................... 5

Methodology used to calculate lost salary based on returning to work at a position comparable to his previous employment .............................................................................. 7

Scenario 2 ........................................................................................................................... 8

Methodology used to calculate lost salary based on the average salary of a similarly situated individual ............................................................................................................... 10

Exhibit A: Case-related Documents, Treatises and Other Information Relied Upon ... 11

## Summary of Tables

Table 1: Economic damage summary based on returning to work at a position comparable to his previous employment .............................................................................. 4

Table 2: Economic damage summary based on the average salary of a similarly situated individual ............................................................................................................... 4

Table 3: Lost salary based on returning to work at a position comparable to his previous employment ......................................................................................................... 6

Table 4: Lost salary based on the average salary of a similarly situated individual ..... 9

**STEWARD RESEARCH GROUP, INC.**

**Personal Statement**

I am Dwight Steward, a labor economist and principal of Steward Research Group, Inc. Steward Research Group, Inc. is a firm that provides economic and statistical research on employment matters to the legal, business and government communities. As an economist I have provided expert reports, deposition testimony and expert witness testimony on these matters in federal and state courts as well as to the Texas State legislature. In addition to serving as a consultant and expert witness, I have also held teaching positions in the Department of Economics and the Red McCombs School of Business at the University of Texas at Austin. My full curriculum vita, fee schedule, case and testimony listings and research list are attached to this report.

In this case, the Law Offices of Gary L. Bledsoe & Associates has retained me to provide an economic damage analysis of Mr. Billy Ray Tratree's losses. The results of this analysis are provided in this report. I respectfully reserve the right to make changes to this report and request supplemental documents as additional information becomes available and I have further time to review the documents provided to me. The case-related documents, treatises and other information considered by me in conducting my analysis and preparing this report are listed in Exhibit A and in the footnotes of this report.

_____
Dwight Steward, Ph.D.

_2/17/2004_
Date


STEWARD RESEARCH GROUP, INC.

## Economic Damage Summary for Mr. Tratree

Table 1: Economic damage summary based on returning to work at a position comparable to his previous employment

|  | Past | Future | Total |
|---|---|---|---|
| Lost Salary | $138,256 | $20,630 | $158,886 |
| Lost Benefits | * | * | * |
| Lost Retirement | ** | ** | ** |
|  |  |  | $158,886 |

Table 2: Economic damage summary based on the average salary of a similarly situated individual

|  | Past | Future | Total |
|---|---|---|---|
| Lost Salary | $138,256 | $259,428 | $397,684 |
| Lost Benefits | * | * | * |
| Lost Retirement | ** | ** | ** |
|  |  |  | $397,684 |

**Notes**

*: It is my understanding that Mr. Tratree currently does not have benefits provided by an employer. I will supplement this report if and when I receive sufficient information to calculate the economic value of these fringe benefits.

**: It is also likely that Mr. Tratree has incurred losses to his retirement benefits.



## Scenario 1

Based on returning to work at a position comparable to his previous employment

STEWARD RESEARCH GROUP, INC.

## Table 3: Lost salary based on returning to work at a position comparable to his previous employment

| Year (1) | Age (2) | Pre-Incident Salary (3) | Post-Incident Salary (4) | Total Salary Loss (5) | Inflation Factor (6) | Adjusted Compensation (7) | Present Value Factor (8) | Economic Value (9) | Cumulative (10) |
|---|---|---|---|---|---|---|---|---|---|
| 2001 | 50 | $65,627 | $67,012 | -$1,385 | 1.0000 | -$1,385 | 1.0000 | -$1,385 | -$1,385 |
| 2002 | 51 | $65,627 | $0 | $65,627 | 1.0000 | $65,627 | 1.0000 | $65,627 | $64,243 |
| 2003 | 52 | $65,627 | $0 | $65,627 | 1.0000 | $65,627 | 1.0000 | $65,627 | $129,870 |
| 2004 | 53 | $8,386 | $0 | $8,386 | 1.0000 | $8,386 | 1.0000 | $8,386 | $138,256 |

| Year (1) | Age (2) | Pre-Incident Salary (3) | Post-Incident Salary (4) | Total Salary Loss (5) | Inflation Factor (6) | Adjusted Compensation (7) | Present Value Factor (8) | Economic Value (9) | Cumulative (10) |
|---|---|---|---|---|---|---|---|---|---|
| 2004 | 53 | $21,581 | $0 | $21,581 | 1.0000 | $21,581 | 0.9559 | $20,630 | $20,630 |

**Methodology used to calculate lost salary based on returning to work at a position comparable to his previous employment**

\* The numbers below refer to the columns in Tables 3

(1) The year in which the economic loss occurred or is projected to occur. These losses continue until 17.1 weeks after February 17, 2004, the as-of date of this report. **Source:** U.S. Bureau of Labor Statistics, Current Population Survey, Table 31. Unemployed persons by selected demographic characteristics and duration of unemployment

(2) Mr. Tratree's age at the end of the year shown in column (1)

(3) Mr. Tratree's projected earnings stream based on pre-incident employment opportunities

    The average salary Mr. Tratree earned from 1996 through 2000. **Source:** Social Security Statement for Billy Ray Tratree

(4) Mr. Tratree's projected earnings stream based on returning to work at a position comparable to his previous employment

(5) The total salary loss is the difference between Mr. Tratree's pre-incident and post-incident salaries

(6) The inflation factor is a numerical adjustment for expected future inflation

    **Inflation source:** U.S. Dept. of Labor, CPI for Urban Consumers 1953-2002

(7) The inflation-adjusted compensation loss is derived by multiplying the total salary loss (5) by the inflation factor (6)

(8) The interest rate discount factor is used to discount the projected losses to present value. An annual rate of 5.46% is used in the analysis

    **Interest source:** Average 1-year U.S. T-bill rates from 1953-2002

(9) The economic value of the yearly losses is the discounted, or present-day, value of the salary losses show in column (5). This column is derived by multiplying column (7) and (8)

(10) This column shows the year by year cumulative total of the plaintiff's economic damages



**Scenario 2**

Based on the average salary of a similarly situated individual

STEWARD RESEARCH GROUP, INC.

Table 4: Lost salary based on the average salary of a similarly situated individual

| Year (1) | Age (2) | Pre-Incident Salary (3) | Post-Incident Salary (4) | Total Salary Loss (5) | Inflation Factor (6) | Adjusted Compensation (7) | Present Value Factor (8) | Economic Value (9) | Cumulative (10) |
|---|---|---|---|---|---|---|---|---|---|
| 2001 | 50 | $65,627 | $67,012 | -$1,385 | 1.0000 | -$1,385 | 1.0000 | -$1,385 | -$1,385 |
| 2002 | 51 | $65,627 | $0 | $65,627 | 1.0000 | $65,627 | 1.0000 | $65,627 | $64,243 |
| 2003 | 52 | $65,627 | $0 | $65,627 | 1.0000 | $65,627 | 1.0000 | $65,627 | $129,870 |
| 2004 | 53 | $8,386 | $0 | $8,386 | 1.0000 | $8,386 | 1.0000 | $8,386 | $138,256 |

| Year (1) | Age (2) | Pre-Incident Salary (3) | Post-Incident Salary (4) | Total Salary Loss (5) | Inflation Factor (6) | Adjusted Compensation (7) | Present Value Factor (8) | Economic Value (9) | Cumulative (10) |
|---|---|---|---|---|---|---|---|---|---|
| 2004 | 53 | $57,242 | $21,252 | $35,990 | 1.0000 | $35,990 | 0.9559 | $34,403 | $34,403 |
| 2005 | 54 | $65,627 | $39,111 | $26,516 | 1.0317 | $27,356 | 0.9078 | $24,833 | $59,236 |
| 2006 | 55 | $65,627 | $39,111 | $26,516 | 1.0643 | $28,222 | 0.8621 | $24,329 | $83,565 |
| 2007 | 56 | $65,627 | $39,111 | $26,516 | 1.0980 | $29,115 | 0.8186 | $23,835 | $107,400 |
| 2008 | 57 | $65,627 | $39,111 | $26,516 | 1.1328 | $30,037 | 0.7774 | $23,351 | $130,750 |
| 2009 | 58 | $65,627 | $39,111 | $26,516 | 1.1686 | $30,987 | 0.7383 | $22,876 | $153,627 |
| 2010 | 59 | $65,627 | $39,111 | $26,516 | 1.2056 | $31,968 | 0.7011 | $22,412 | $176,039 |
| 2011 | 60 | $65,627 | $39,111 | $26,516 | 1.2438 | $32,980 | 0.6658 | $21,957 | $197,995 |
| 2012 | 61 | $65,627 | $39,111 | $26,516 | 1.2831 | $34,024 | 0.6322 | $21,511 | $219,506 |
| 2013 | 62 | $65,627 | $39,111 | $26,516 | 1.3238 | $35,101 | 0.6004 | $21,074 | $240,581 |
| 2014 | 63 | $59,910 | $35,704 | $24,206 | 1.3657 | $33,058 | 0.5701 | $18,848 | $259,428 |


STEWARD RESEARCH GROUP, INC.

**Methodology used to calculate lost salary based on the average salary of a similarly situated individual**

\* The numbers below refer to the columns in Tables 4

(1) The year in which the economic loss occurred or is projected to occur. These losses continue until Mr. Tratree's projected retirement age of 62.9.
   **Mortality age source:** Vital Statistics of the United States, Center for Disease Control and Prevention, 1998
   **Retirement age source:** Daniel L. Millimet, Michael Nieswiadomy, Hang Ryu, and Daniel Slottje, "Estimating Worklife Expectancy: An Econometric Approach", Journal of Econometrics, 2003

(2) Mr. Tratree's age at the end of the year shown in column (1)

(3) Mr. Tratree's projected earnings stream based on pre-incident employment opportunities
   The average salary Mr. Tratree earned from 1996 through 2000. **Source:** Social Security Statement for Billy Ray Tratree

(4) Mr. Tratree's projected earnings stream based on the average salary of a similarly situated individual
   Future salary projections are based on the average income for an individual with similar experience and education as the plaintiff. **Source:** U.S. Bureau of Labor Statistics, March CPS Supplement, 2003.

(5) The total salary loss is the difference between Mr. Tratree's pre-incident and post-incident salaries

(6) The inflation factor is a numerical adjustment for expected future inflation
   **Inflation source:** U.S. Dept. of Labor, CPI for Urban Consumers 1953-2002

(7) The inflation-adjusted compensation loss is derived by multiplying the total salary loss (5) by the inflation factor (6)

(8) The interest rate discount factor is used to discount the projected losses to present value. An annual rate of 5.46% is used in the analysis
   **Interest source:** Average 1-year U.S. T-bill rates from 1953-2002

(9) The economic value of the yearly losses is the discounted, or present-day, value of the salary losses show in column (5). This column is derived by multiplying column (7) and (8)

(10) This column shows the year by year cumulative total of the plaintiff's economic damages


STEWARD RESEARCH GROUP, INC.

## Exhibit A: Case-related Documents, Treatises and Other Information Relied Upon

| Doc Num | Type of Document | Description |
|---|---|---|
| 1 | Court Document | Plaintiff's First Amended Complaint |
| 2 | Document | 1040 for Billy Ray Tratree, 2000 |
| 3 | Document | W-2 from Amoco Pipeline Company, 2000 |
| 4 | Document | 1040 for Billy Ray Tratree, 2001 |
| 5 | Document | W-2 from BP Pipelines Inc., 2001 |
| 6 | Document | Letter from Mr. Muse containing information regarding the case, February 11, 2004 |
| 7 | Document | Social Security Statement for Billy Ray Tratree, December 31, 2001 |
| 8 | Document | Retirement Plan Benefit Estimate, Amoco Corporation |
| 9 | Document | Variable Incentive Plan, Amoco |
| 10 | Document | Savings & Retirement Statement, quarterly statements, BP, 09/2001, 01/2002 |
| 11 | Document | Group Universal Life Report, for the period of October 1, 2000 through September 30, 2001 |
| 12 | Document | U.S. Dept. of Labor, CPI for Urban Consumers 1953-2002 |
| 13 | Document | Average 1-year U.S. T-bill rates from 1953-2002 |
| 14 | Document | Vital Statistics of the United States, Center for Disease Control and Prevention, 1998 |
| 15 | Document | Daniel L. Millimet, Michael Nieswiadomy, Hang Ryu, and Daniel Slottje, "Estimating Worklife Expectancy: An Econometric Approach," Journal of Econometrics, 2003 |