**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| BILLY RAY TRATREE,  Plaintiff(s) | } } } |
| v. | } }   CIVIL ACTION NO. H-03-0954 |
| BP NORTH AMERICAN PIPELINES, INC., KELLY GLEASON, and ROY BOWDEN,  Defendant(s) | } } } } |

**FINAL SUMMARY JUDGMENT**

At the close of trial, October 26, 2006, in the action between Plaintiff, Billy Ray Tratree, and Defendant, BP North American Pipelines, Inc., the court granted Defendant's motion for Judgment as a Matter of Law. The court hereby

**ORDERS** that Plaintiff take nothing, and that Defendant, BP North American Pipelines, Inc., is awarded its costs.

**SIGNED** at Houston, Texas, this 27th day of November, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE