September 18, 2001

## PACE LOCAL 4-1 BUMPING OPTIONS – B.R.Tratree

| EMPLOYEE | HQ | VICINITY | DISTRICT | 4-449 |
|---|---|---|---|---|
| B. R. Tratree<br>Meas. Spec.1<br>North Zulch<br>10/30/78<br># 17 | | | D. J. Christ<br>Meas. Spec. 1<br>HIPS<br>3/5/89<br># 73 | D. J. Christ |
| | | | R.E. Macklin<br>Operator B<br>HIPS<br>7/2/84<br># 44 | R.E. Macklin |
| | | *Only a fully<br>qualified Equip. | W.I. Mathison *<br>Equip. Oper.<br>Texas City<br>9/23/85<br># 52 | W.I. Mathison * |
| | | | met the PS 2<br>30-day proficiency<br>requirement | 12/9/90<br># 87 |

*Handwritten note:* Talked to Thad 9/19/2001 Ira is in a PSI position – (Welder)

DEFENDANT'S EXHIBIT 4

BP 000283

## PACE 4-1
## SENIORITY LIST

### March, 2001

| NUMBER | NAME | CLASSIFICATION | BASE RATE OF PAY | SENIORITY DATE | HEADQTRS |
|---|---|---|---|---|---|
| 1. | Tabor, R. L. | Measurement Specialist 1 | 24.87 | 04/21/67 | Lovington |
| 2. | Rawlins, C. L. | Field Specialist 2 | 24.87 | 02/26/68 | Levelland |
| 3. | Alexander, J. C. | Field Specialist 3 | 23.78 | 01/29/74 | Texas City |
| 4. | Sauceda, J. F. | Measurement Specialist 1 | 24.87 | 08/12/74 | Texas City |
| 5. | Castillo, R | Measurement Specialist 1 | 24.87 | 05/27/75 | Levelland |
| 6. | Smith, P. L. | Measurement Specialist 1 | 24.87 | 06/09/75 | Levelland |
| 7. | Gonzalez, R. | Field Specialist 3 | 23.78 | 11/03/75 | Texas City |
| 8. | Ellison, C. D. | Measurement Specialist 1 | 24.87 | 12/28/76 | Wasson |
| 9. | Anderson, W. W. | Field Specialist 2 | 24.87 | 04/11/77 | Huffsmith |
| 10. | Robertson, M. L. | Field Specialist 3 | 23.78 | 05/16/77 | Texas City |
| 11. | Kalapach, D. E. | Operator B | 23.78 | 07/18/77 | HIPS |
| 12. | Schreier, J. R. | Field Specialist 1 | 25.74 | 09/06/77 | Levelland |
| 13. | King, D. R. | Field Specialist 3 | 23.78 | 10/10/77 | Sabine |
| 14. | Sanchez, O. I. | Field Specialist 3 | 23.78 | 05/30/78 | Quitman |
| 15. | Maddry, J. D. | Field Specialist 2 | 24.87 | 08/07/78 | Hackberry |
| 16. | Deleon, G. D. | Field Specialist 2 | 24.87 | 10/23/78 | Texas City |
| 17. | Tratree, B. R. | Measurement Specialist 1 | 24.87 | 10/30/78 | North Zulch |
| 18. | Manley, J. B. | Measurement Specialist 1 | 24.87 | 10/31/78 | Snyder |

*The next official publication of the seniority list will be in early 2002. I've revised this copy to reflect changes since March, 2001.*

BP 000284

CONFIDENTIAL

| | NAME | CLASSIFICATION | BASE RATE OF PAY | SENIORITY DATE | HEADQTRS |
|---|---|---|---|---|---|
| 19. | Johns, H. L. | Operator B | 23.77 | 11/27/78 | Texas City |
| 20. | Pena, R. R. | Field Specialist 4 | 21.38 | 11/29/78 | Levelland |
| 21. | Guajardo, R. R. | Field Specialist 4 | 21.38 | 03/26/79 | Levelland |
| 22. | *Stroope, D. A. | Field Specialist 1 Training Coord | 25.74 | 04/09/79 | Lovington |
| 23. | Carr, D. L. | Field Specialist 1 | 25.74 | 04/17/79 | Texas City |
| 24. | Seghers, K. M. | Field Specialist 3 | 23.78 | 09/10/79 | Fullerton |
| 25. | Johnson, J. L. | Field Specialist 1 | 25.74 | 10/01/79 | Texas City |
| 26. | Heaton, E. R. | Field Specialist 2 | 24.87 | 03/11/80 | Snyder |
| 27. | Raymond, D. M. | Field Specialist 2 | 24.87 | 04/27/80 | Texas City |
| 28. | Blume, J. S. | Pipeline Specialist 1 | 24.87 | 12/22/80 | Snyder |
| 29. | Daves, T. E. | Measurement Specialist 1 | 24.87 | 03/30/81 | Snyder |
| 30. | Samsel, V. | Field Specialist 3 | 23.78 | 04/03/81 | Levelland |
| 31. | Sears, L. H. | Field Specialist 3 | 23.78 | 04/06/81 | Snyder |
| 32. | Williams, G. G. | Field Specialist 3 | 23.78 | 04/20/81 | Mexia |
| 33. | Newsom, R. A. | Field Specialist 3 | 23.78 | 05/26/81 | Quitman |
| 34. | McFarland, M. E. | Field Specialist 1 | 25.74 | 08/10/81 | Longview |
| 35. | Daigle, P. R. | Field Specialist 2 | 24.87 | 09/09/81 | Texas City |
| 36. | Gajewsky, M. W. | Field Specialist 1 | 25.74 | 02/22/82 | Longview |
| 37. | Rodriguez, M. S. | Field Specialist 3 | 23.78 | 03/15/82 | Lovington |
| 38. | Austin, T. R. | Field Specialist 1 | 25.74 | 11/01/82 | Bowie |
| 39. | Martin, J. A. | Field Specialist 3 | 23.78 | 01/17/83 | Snyder |
| 40. | Murphy, J. D. | Field Specialist 1 | 25.74 | 04/18/83 | Huffsmith |
| 41. | Armstrong, D. L. | Field Specialist 1 | 25.74 | 03/28/84 | Chocolate Bayou |
| 42. | Miller, Jr., C. G. | Field Specialist 1 | 25.74 | 05/14/84 | HIPS |
| 43. | Mulloy, J. D. | Field Specialist 2 | 24.87 | 05/21/84 | Levelland |



CONFIDENTIAL

BP 000285

| | NAME | CLASSIFICATION | BASE RATE OF PAY | SENIORITY DATE | HEADQTRS |
|---|---|---|---|---|---|
| 44. | Macklin, R. E. | Operator B | 23.77 | 07/02/84 | HIPS |
| 45. | Taylor, R. A. (LTD) | Measurement Specialist 1 | 24.87 | 09/04/84 | Choc Bayou |
| 46. | Embree, T. W. | Field Specialist 3 | 23.78 | 03/04/85 | Lovington |
| 47. | Arthur, G. R. | Field Specialist 3 | 23.78 | 05/13/85 | Choc Bayou |
| 48. | Daigle, S. | Field Specialist 1 | 25.74 | 05/20/85 | Texas City |
| 49. | Floyd, A. S. | Field Specialist 1 | 25.74 | 07/08/85 | Snyder |
| 50. | Lewellen, J. S. | Field Specialist 1 | 25.74 | 08/12/85 | Lovington |
| 51. | Kelly, J. A. | Field Specialist 1 Training Coordinator | 25.74 | 09/23/85 | Texas City |
| 52. | Mathison, W. I. | Equipment Operator | 22.56 | 09/23/85 | Texas City |
| 53. | Sands, B. D. | Pipeline Specialist 2 | 22.87 | 04/21/86 | Snyder |
| 54. | Boyd, J. W. | Field Specialist 2 | 24.87 | 04/28/86 | Snyder |
| 55. | Wilson, S. R. | Field Specialist 1 | 25.74 | 05/01/86 | Snyder |
| 56. | Deaton, J. W. | Field Specialist 1 | 25.74 | 05/18/86 | Texas City |
| 57. | Duty, K. R. | Pipeline Specialist 2 | 22.87 | 10/06/86 | Texas City |
| 58. | Beedy, D. G. | Field Specialist 1 | 25.74 | 12/26/86 | Texas City |
| 59. | Harndon, D. W. | Field Specialist 2 | 24.87 | 01/26/87 | HIPS |
| 60. | Sands, J. W. | Pipeline Specialist 2 | 22.87 | 03/23/87 | Levelland |
| 61. | Johnson, O. T. | HIPS Operator (New Class) | 24.87 | 05/13/87 | HIPS |
| 62. | McNutt, S. L. | Field Specialist 5 | 19.33 | 05/21/87 | Texas City |
| 63. | Herrley, B. K. | Field Specialist 2 | 24.87 | 10/19/87 | Snyder |
| 64. | Stone, B. V. | Field Specialist 2 | 24.87 | 11/30/87 | Charenton |
| 65. | Shannon, S. A. | Field Specialist 2 | 24.87 | 11/30/87 | HIPS |
| 66. | Thoms, B. S. | Field Specialist 3 | 23.78 | 01/04/88 | Levelland |
| 67. | LaBlue, P. | Pipeliner AFT3/Measurement | 19.33 | 03/07/88 | Charenton |
| 68. | Chlamon, S. C. | Field Specialist 3 | 23.78 | 05/01/88 | HIPS |

3

CONFIDENTIAL

BP 000286

|     | NAME | CLASSIFICATION | BASE RATE OF PAY | SENIORITY DATE | HEADQTRS |
|-----|------|----------------|------------------|----------------|----------|
| 69. | McFarland, A. R. | Field Specialist 1 | 25.74 | 07/11/88 | Port Hudson |
| 70. | Alvarado, F. S. | Field Specialist 3 | 23.78 | 07/11/88 | Lovington |
| 71. | Juarez, R. | Field Specialist 3 | 23.78 | 08/08/88 | Lovington |
| 72. | Vasquez, M. | Reliefman | 22.41 | 01/10/89 | Carlsbad, NM |
| 73. | Christ, D. J. | Measurement Specialist 1 | 24.87 | 03/05/89 | HIPS |
| 74. | Mitchell, S. R. | Field Specialist 2 | 24.87 | 05/01/89 | Texas City |
| 75. | Glines, L. L. | Technician #3 | 21.38 | 05/28/89 | HIPS |
| 76. | White, N. P. | Field Specialist 2 | 24.87 | 07/24/89 | Lovington |
| 77. | Moreno, M. A. | Field Specialist 3 | 23.78 | 09/11/89 | Artesia |
| 78. | Alvarado, O. S. | Field Specialist 3 | 23.78 | 11/07/89 | Lovington |
| 79. | Cowan, D. T. | Pipeline Specialist 2 | 22.87 | 04/01/90 | Levelland |
| 80. | Garcia, G. | Field Specialist 3 | 23.77 | 05/14/90 | Lovington |
| 81. | Ridge, R. S. | Pipeline Specialist 1 | 24.87 | 09//16/90 | Texas City |
| 82. | Baker, J. M. | Pipeline Specialist 1 | 24.87 | 09/30/90 | Texas City |
| 83. | Barbo, D. R. | Pipeline Specialist 2 | 22.87 | 10/14/90 | Texas City |
| 84. | (1) Sutter, L. | Field Specialist 2 | 24.87 | 11/17/90 | Choc Bayou |
| 85. | Batchelor, B. C. | Pipeliner/After 3 Yrs Measurement Specialist 1 | 19.33 | 11/26/90 | Snyder |
| 86. | Canales, S. | Field Specialist 3 | 23.78 | 11/27/90 | Snyder |
| 87. | Wood, W. T. | Pipeliner/After 3 Yrs | 19.33 | 12/09/90 | Texas City |
| 88. | Hill, D. D. | Field Specialist 1 | 25.74 | 12/09/90 | Levelland |
| 89. | Mullins, L. M. | Field Specialist 3 | 23.78 | 01/28/91 | Bowie |
| 90. | Weir, T. L. | Field Specialist 3 | 23.78 | 07/31/91 | Stratton Ridge |
| 91. | Sauceda, B. F. | Pipeline Specialist 2 | 22.87 | 09/16/91 | Snyder |
| 92. | Hernandez, S. | Field Specialist 3 | 23.78 | 10/22/91 | Lovington |
| 93. | Sparks, J | Field Specialist 3 | 23.78 | 03/02/93 | Stratton Ridge |
| 94. | Moreno, B. A. | Pipeline Specialist 2 | 22.87 | 08/02/93 | Lovington |

4

CONFIDENTIAL

BP 000287

|  | NAME | CLASSIFICATION | BASE RATE OF PAY | SENIORITY DAT | HEADQTRS |
|---|---|---|---|---|---|
| 95. | Pearsall, D. A. | Pipeline Specialist 1 | 24.87 | 09/13/93 | Texas City |
| 96. | **Comeaux, J. M. | Pipeline Specialist 2 | 22.87 | 03/27/94 | Main Pass |
| 97. | Torres, F. | Field Specialist 1 | 25.74 | 06/10/96 | Texas City |
| 98. | Corn, E. Ray | Field Specialist 1 | 25.74 | 06/14/96 | Straton Ridge |
| 99. | North, U.A. | Pipeline Specialist 2 | 22.87 | 08/04/97 | Lovington |
| 100. | **Lemoine, J.R. | Field Specialist 2 | 24.87 | 09/01/97 | Main Pass |

*Stroope (#25) and Kelly (#54) currently assigned as Training Coordinators and are protected from being bumped.

**Comeaux (#99) and Lemoine (#103) are assigned to Main Pass Oil Gathering and are exempt from being bumped per MOU.

(1) Seniority recalculated per Article 6 of Contract

CONFIDENTIAL