# AMOCO PIPELINE COMPANY

and

## OIL, CHEMICAL AND ATOMIC WORKERS INTERNATIONAL UNION
## AFL-CIO
## LOCAL 4-100

 

# WORKING TOGETHER

BP 000120



DEFENDANT'S EXHIBIT 10

This classification is not a continuum. Jobs will be posted based on needs. When a HIPS Operator position opens, candidates currently working as HIPS Operator relief or previous HIPS Operators will have right of first refusal for the bid opening. A candidate must be Field Specialist III qualified to bid on a HIPS Operator job.

Whenever there is doubt as to the ability of an employee to fill the HIPS Operator position, he/she shall be given a trial period not to exceed 30 days to prove his/her qualifications.

## ARTICLE 10

### Demotions and Bumping

1. Any employee, whose assignment is discontinued or who is displaced by a senior employee shall, at his/her option, exercise his/her demotional rights for any job for which he/she is qualified within the new or old classification. He/she must displace the employee with the least bargaining unit seniority in the classification of selection or to any bidded vacant job in the classification selected:
   (a) At his/her headquarters, or (b) in his/her vicinity, or (c) in his/her Business District, or (d) in the area covered by this agreement.

2. In applying the demotional procedure employees shall demote in the order of bargaining unit seniority, and must make selection within five (5) working days from time of notification or their employment will be discontinued. In instances where two or more employees with the same bargaining unit seniority are required to make a demotional selection, the employee assigned in the higher wage level shall make his/her selection first. In the event they are in the same wage level, the employee assigned the longest period of time in the wage level prior to the demotion date shall make his/her selection first.

14

BP 000137

## ARTICLE 33

### General Workmen's Committee

1. The Local Union shall create a General Workmen's Committee to handle grievances, negotiations, and any other matters of employment.

2. Membership on any of such Committees shall be limited to employees of the Company having at least six (6) months seniority. A committee may however, be assisted by other duly authorized representatives of the Union.

## ARTICLE 34

### Grievance Procedure

1. Time limits set forth in this Article and in Article 35 shall not include Saturdays, Sundays, and holidays, except as provided in Paragraph 2(b).

2. Any employee who feels that he/she has not been accorded proper consideration or treatment in respect to any matter affecting his/her employment shall proceed in the following manner:

   (a) He shall first discuss his/her complaint with his/her immediate supervisor, with or without a representativ of the General Workmen's Committee being present, as he/she may elect, in an attempt to reach a satisfactory settlement.

   (b) All grievances not settled by mutual agreement must be submitted in writing to the immediate supervisor within 30 calendar days following the occurrence causing the grievance. Any grievance not so filed shall be deemed to have been waived and shall not be entitled to consideration.

Executed this ___8TH___ day of May, 1996

Amoco Pipeline Company

By  R A Wilson

_[signature]_

_[signature] P.J._

_[signature]_

_[signature]_

Oil, Chemical & Atomic Workers
International Union AFL-CIO

By _[signature]_
Jimmy Roan
International Representative

By _[signature]_
Doug Barndon
Chairman

Committeemen:

_[signatures]_

58

BP 000181