IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BILLY RAY TRATREE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. H-03-954** |
| | § | **JURY** |
| **BP PIPELINES (NORTH AMERICA)** | § | |
| **INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## AMENDED JOINT PRETRIAL ORDER

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to Southern District of Texas Local Rule 16.2, the Court's Procedures, the Court's scheduling order dated June 17, 2008, and the Court's order modifying the scheduling order dated February 4, 2009, Plaintiff Billy Ray Tratree and Defendant BP Pipelines (North America) Inc. file their First Amended Joint Pretrial Order and the required attachments.

The parties agree to a jury trial setting.

1.    **APPEARANCE OF COUNSEL**

*Plaintiff Billy Ray Tratree*
       Carlos R. Soltero, Lead Attorney
       Emily Frost
       Nelia Robbi
       McGinnis, Lochridge & Kilgore, L.L.P.
       600 Congress Avenue, Suite 2100
       Austin, Texas 78701

Phone:        (512) 495-6103

David W. Scott
406 Keeneland Drive
Georgetown, Texas 78626
Phone:        (512) 869-5811

*Defendant BP Pipelines (North America) Inc. ("BP"):*

Monica F. Oathout, Lead Attorney
Steve Rech
Kanaan Wilhite
Schwartz, Junell, Greenberg & Oathout, L.L.P.
909 Fannin, Suite 2700
Houston, Texas 77010-1028
Phone: (713) 752-0017

## 2.    STATEMENT OF THE CASE

This is an employment discrimination case. The plaintiff in this case, Billy Ray Tratree, has brought suit against the defendant in this case, BP Pipelines (North America), Inc., for race and age discrimination. BP denies Tratree's allegations.

On September 18, 2001, BP informed Tratree that his position was being eliminated as part of continuing organizational changes. Tratree had worked for the company since 1978. Tratree claims that BP eliminated his position because of race and age discrimination. BP denies that it eliminated his position because of race or age discrimination.

## 3.    JURISDICTION

There is no unresolved jurisdictional question in this case. The parties agree that the United States District Court for the Southern District of Texas has jurisdiction over this civil action because its arises under laws of the United States, including Title VII, Section 1981, and the ADEA.

4.    **MOTIONS**

The following motions are pending before the Court:

1.    Plaintiff's Motion in Limine (Dkt No. 186) and Supplemental Motion in Limine attached as Exhibit 20.

2.    Defendant's First Amended Motion in Limine (Dkt No. 234), attached as Exhibit 21.

5.    **CONTENTIONS OF THE PARTIES**

Exhibit 1: Contentions of Plaintiff Billy Ray Tratree

Exhibit 2: Contentions of Defendant BP Pipelines (North America), Inc.

6.    **ADMISSIONS OF FACT**

1.    Billy Ray Tratree was hired by Amoco Pipelines as a Pipeliner, an entry-level position, on October 30, 1978.

2.    Tratree was a member of the collective bargaining unit represented by Local 4-100 of the Oil, Chemical and Atomic Workers International Union AFL-CIO (the "Union").

3.    BP and the Union are parties to a Collective Bargaining Agreement ("CBA").

4.    In November 1995, Tratree successfully bid into the Measurement Specialist I position.

5.     As of March 2000, Tratree was eligible to be classified as a Field Specialist III.

6.     The Measurement Specialist I position is in the "old classification" under the CBA.

7.     The Field Specialist III position is in the "new classification" under the CBA.

8.     Tratree chose to stay in his old classification position of Measurement Specialist I instead of moving into the new classification position of Field Specialist III.

9.     On September 18, 2001, BP informed Tratree by written notice that "as part of the continuing organizational changes in the operation of BP Pipelines North America, the position you currently hold is being eliminated."

10.    On or about September 18, 2001, BP provided Tratree with a Bumping Options sheet and an Election of Bumping Options form to fill out.

11.    Tratree received the Bumping Options sheet and the Election of Bumping Options form.

12.    Tratree did not sign the Election of Bumping Options form.

13.    BP terminated Tratree's employment on September 27, 2001.

7.     **CONTESTED ISSUES OF FACT**

Exhibit 3:    Plaintiff's Contested Issues of Fact

Exhibit 4:    Defendant's Contested Issues of Fact

8.     **AGREED PROPOSITIONS OF LAW**

1.     Tratree's age discrimination claims are brought pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 623.

2.  Tratree's race discrimination claims are brought pursuant to Title VII, 42 U.S.C. § 2000e, and section 1981, 42 U.S.C. § 1981.

## 9.  CONTESTED PROPOSITIONS OF LAW

Exhibit 5:  Plaintiff's Contested Propositions of Law

Exhibit 6:  Defendant's Contested Propositions of Law

## 10.  EXHIBITS

The Parties attach the following:

Exhibit 7:  Joint Exhibit List of Plaintiff Billy Ray Tratree and Defendant BP Pipelines (North America) Inc.

Exhibit 8:  Exhibit List of Plaintiff Billy Ray Tratree.

Exhibit 9:  Exhibit List of Defendant BP Pipelines (North America) Inc.

## 11.  WITNESSES

The Parties attach the following witness lists, which include the qualifications of all expert witnesses:

Exhibit 10:  Witness List of Plaintiff Billy Ray Tratree.

Exhibit 11:  Witness List of Defendant BP Pipelines (North America) Inc.

## 12.  SETTLEMENT

All settlement efforts have been exhausted, and the dispute between the parties cannot be settled; therefore, this case will have to be tried.

## 13.  TRIAL

A.  The Parties estimate that the trial will last 8-10 days.

B.     The parties do not anticipate any major logistical problems. The parties agree that they may present prior trial testimony if the witness is unavailable, consistent with Fed. R. Civ. P. 32.

C.     Tratree and BP will use elmo, Powerpoint and Trial Director during the trial. Those logistics are being worked out with court staff.

## 14.   ATTACHMENTS

In addition to the Parties' contentions (attached as Exhibits 1-2), contested issues of fact (attached as Exhibits 3-4), contested propositions of law (attached as Exhibits 5-6), exhibit lists (attached as Exhibits 7-9), and witness lists (attached as Exhibits 10-11), the Parties attach the following:

Exhibit 12:  Plaintiff's Proposed Questions for Voir Dire Examination.

Exhibit 13:  Defendant's Proposed Questions for Voir Dire Examination.

Exhibit 14:  Plaintiff's Proposed Jury Charge, including Instructions, Definitions, and Special Interrogatories, with Authority.

Exhibit 15:  Defendant's Proposed Jury Charge, including Instructions, Definitions, and Special Interrogatories, with Authority.

Exhibit 16:  Plaintiff's Deposition and Trial Testimony Designations.

Exhibit 17:  Defendant's Deposition and Trial Testimony Designations.

Exhibit 18:  Plaintiff's Expert Qualifications submission.

Exhibit 19:  Defendant's Expert Qualifications submission.

Date: June ____, 2009

---
DAVID HITTNER
UNITED STATES DISTRICT JUDGE

APPROVED:

Date: 6-1-09

*Carlos R. Soltero w/p/16 ⊄gF*

---
Carlos R. Soltero
State Bar No. 00791702
McGinnis, Lochridge & Kilgore, L.L.P.
*Attorney-in-Charge, Plaintiff*

Date: ____

---
Monica F. Oathout
State Bar No. 07088320
Schwartz, Junell, Greenberg & Oathout,
L.L.P.
*Attorney-in-Charge, Defendant BP (North
America) Pipelines*

Date: June __, 2009

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE

APPROVED:

Date: _____

Date: 6/11 2009

_____
Carlos R. Soltero
State Bar No. 00791702
McGinnis, Lochridge & Kilgore, L.L.P.
*Attorney-in-Charge, Plaintiff*

by permission

Monica F. Oathout
State Bar No. 07088320
Schwartz, Junell, Greenberg & Oathout,
L.L.P.
*Attorney-in-Charge, Defendant BP (North
America) Pipelines*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the 1st day of June, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Monica Oathout
Todd M. Foss
Steven R. Rech
Kanaan L. Wilhite
Schwartz, Junell, Greenberg & Oathout
909 Fannin, Suite 2700
Houston, TX 77010-1028
Phone: (713) 752-0017
Fax: (713) 752-0327
moathout@schwartz-junell.com
tfoss@schwartz-junell.com
srech@schwarwtz-junell.com
kwilhite@schwartz-junell.com

**ATTORNEYS FOR DEFENDANT**
**BP NORTH AMERICA PIPELINES, INC.**

and I hereby certify that I have served the document by First Class Mail to the following non-CM/ECF participant:

Neil L Brilliant
BP Legal
BP America Inc.
4101 Winfield Road
Mail Code 4 West
Warrenville, IL  60555
Phone:  630-821-2310
Fax:  630-821-3402

**ATTORNEYS FOR DEFENDANT**
**BP NORTH AMERICA PIPELINES, INC.**

Emily Frost